UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 23-3836 (DSD/ECW)

Cory Edward Fisherman,

    Plaintiff,

v.

**ORDER**

Marray Young, Medical Director
with Centurion,

    Defendant.

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated April 24, 2025, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation [ECF No. 56] is adopted in its entirety;

    2.    Fisherman's claim for injunctive relief against defendant "Marray Young" is dismissed as moot; and

    3.    The motion to reconsider [ECF No. 55] is denied as moot.

Dated: May 19, 2025

                                    s/David S. Doty
                                    David S. Doty, Judge
                                    United States District Court