UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 23-3836 (DSD/ECW)

Cory Edward Fisherman,

       Plaintiff,

v.                                          **ORDER**

Marray Young, Medical Director
with Centurion,

       Defendant.

This matter is before the court upon the report and recommendation by United States Magistrate Judge Elizabeth Cowan Wright dated July 1, 2025 (R&R). In the R&R, the magistrate judge recommended that the case be dismissed without prejudice for failure to prosecute. The magistrate judge specifically noted plaintiff's failure to file a notice of change of address as the basis for dismissal. After the R&R was filed, plaintiff provided his new address. ECF No. 68. As a result, the court must overrule the R&R. Accordingly, based on the files, records, and proceedings herein **IT IS HEREBY ORDERED** that the R&R [ECF No. 67] is overruled.

Dated: August 7, 2025

                                                    s/David S. Doty
                                                    David S. Doty, Judge
                                                    United States District Court